■ In the Matter of Nekadam Yusapov et al., Petitioners, v Rita Mella, Respondent. [17 NYS3d 635]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, and said proceeding having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 18, 2015, it is unanimously ordered that the application be and the same hereby is deemed withdrawn in accordance with the terms of the aforesaid stipulation, without costs or disbursements. Concur—Tom, J.P., Acosta, Richter and Kapnick, JJ.